**Order entered August 11, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01004-CV

### IN RE MEGHAN STEVENSON, Relator

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-52561-2014**

## ORDER
Before Justices Moseley, Fillmore, and Evan

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **ORDER** that relator bear the costs of the original proceeding.

/s/ ROBERT M. FILLMORE
JUSTICE